**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**Ozge Bostanci,**

        **Plaintiff,**

    **v.**                                              **20-cv-26**

**The State University of New York,**

        **Defendant.**

---

### PLAINTIFF'S MOTION TO ACCEPT LATE FILING

Ozge Bostanci declares under penalty and perjury that the following is true and correct.

1. I am the Pro Se plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. I make this declaration in support of the motion of Pro Se Plaintiff, Ozge Bostanci, to Accept Late Filing.

3. Plaintiff Ozge Bostanci represents herself in this case as a Pro Se since she is not able to afford an attorney and court fees.

4. Plaintiff Ozge Bostanci does not have a law degree and any experience in litigation.

5. Plaintiff was informed by the Pro Se Program on February 17, 2020, that she can no longer benefit from the Pro Se Program run by the Volunteers Lawyers Project and the University at Buffalo Law School due to the conflict of interest with Defendant.

6. Plaintiff also could not receive legal help from the Buffalo Legal Aid and Volunteers Lawyers Project regarding her case since neither Buffalo Legal Aid

nor the Volunteers Lawyers Project provides legal help regarding sexual harassment and retaliation issues.

7. Plaintiff has contacted several national non-profit organizations for legal help including National Women Law Center, Gender Equity, Enough is Enough, Know Your Title IX, and American Civil Liberties Union since September 2019. Some of them found this case too complicated including Education, Employment, and Immigration issues so Plaintiff was informed that they were unable to provide legal help in this case.

8. Plaintiff needs to work on her financial and immigration problems while at the same time she also needs to work on her contract with the Turkish Ministry of Education. On June 30, 2020, Plaintiff was informed by the Turkish Ministry of Education that she no longer holds a sponsorship for her doctoral studies and because of this updated status, required her to pay back the scholarship amount with an interest rate.

9. Plaintiff has started her payment to the Turkish Ministry of Education by borrowing money from her friends in August 2020 since she aiming to learn how to solve sexual harassment and retaliation problems in the US and bring solutions to Turkey.

10. Plaintiff was informed by the Turkish Ministry of Education in September 2020 that she would lose her position for which she was chosen among a large number of applicants by the Turkish Ministry of Education if she did not go back to Turkey immediately.

11. For these reasons, Pro Se Plaintiff Ozge Bostanci respectfully requests the court to extend the page limit for Plaintiff to serve her Motion to Opposition to Defendant's Motion to Dismiss.

DATED: December 8, 2020

                                                      Ozge Bostanci

                                                     Pro Se Plaintiff

*/s/ Ozge Bostanci*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Ozge Bostanci,

      Plaintiff,

v.                   20-cv-26

The State University of New York,

      Defendant.

### PLAINTIFF'S AFFIDAVIT IN MOTION TO ACCEPT LATE FILING

I, Ozge Bostanci, being duly sworn, state as follows:

1. I am the Pro Se plaintiff in this action, and I respectfully submit this affidavit in Plaintiff's Motion to Accept Late Filing.

2. I have personal knowledge of these facts which bear on this motion.

3. I respectfully request the Clerk of Court enters the Motion to Accept Late Filing.

I declare under penalty and perjury that the foregoing is true and correct.

DATED: December 8, 2020.          Ozge Bostanci

                       Pro Se, Plaintiff

Sworn to and subscribed before

Me this 8th day of December, 2020.

_____
Notary Public
My Commission Expires: 01/13/2024

Sara A. Todd
Notary Public, State of New York
Qualified in Niagara County
No. 01TO6402808
Commission Expires January 13, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Ozge Bostanci,

               Plaintiff,

    v.                                         20-cv-26

The State University of New York,

               Defendant.

---

## AFFIDAVIT OF SERVICE

I, Ozge Bostanci, declare under penalty of perjury that I have served a copy of the attached Affidavit in Plaintiff's Motion to Accept Late Filing:

        LETITIA JAMES
        Attorney General of New York
        Attorney for Defendant

        Michael J. Russo
        Assistant Attorney General, of Counsel
        Main Place Tower
        350 Main Street, Suite 300A
        Buffalo, NY 14202

DATED: December 8, 2020
             Buffalo, New York

                                              Ozge Bostanci
                                              Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Ozge Bostanci,

        Plaintiff,

v.                                    20-cv-26

The State University of New York,

        Defendant.

## AFFIDAVIT OF SERVICE

I, Ozge Bostanci, declare under penalty of perjury that I have served a copy of the attached Affidavit in Plaintiff's Motion to Accept Late Filing:

    LETITIA JAMES
    Attorney General of New York
    Attorney for Defendant

    KIM S. Murphy
    Assistant Attorney General, of Counsel
    Main Place Tower
    350 Main Street, Suite 300A
    Buffalo, NY 14202

DATED: December 8, 2020
           Buffalo, New York

                                Ozge Bostanci
                                Plaintiff, Pro Se